COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS







IN RE: GARY GRINDSTAFF, DPM,
AND ROBERT E. DeBIASSE
§


 


§


 


§


 


§


 


§


No. 08-09-00075-CV



AN ORIGINAL PROCEEDING


IN MANDAMUS


MEMORANDUM OPINION


 Pending before the Court is a joint motion to dismiss this mandamus proceeding filed by
the Relator and the Real Party In Interest. The parties represent that they have settled the
underlying dispute, and that the petition for writ of mandamus is now moot.

 This Court has the authority to dismiss a case pursuant to an agreed motion. See
Tex.R.App.P. 42.1(a). The Court has considered this cause and has concluded that the motion
should be granted and the petition should be dismissed. We therefore grant the motion to dismiss
the petition for writ of mandamus.




May 13, 2009

 DAVID WELLINGTON CHEW, Chief Justice


Before Chew, C.J., McClure, and Rivera, JJ.